UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
SAUDY GUERRERO,
        Petitioner,

v.

UNITED STATES OF AMERICA,
        Respondent.
--------------------------------------------------------------x

**ORDER**

19 CV 4130 (VB)
S11 14 CR 768-09 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/8/2020

By letter filed August 21, 2020, petitioner Saudy Guerrero again states he has not received the government's response to his amended Section 2255 motion. (See Doc. #24).

By letter dated September 6, 2020, counsel for the government notified the Court that on August 21, 2020, he served petitioner, a third time, with the government's brief, with supporting exhibits, in opposition to petitioner's Section 2255 motion. (See Doc. #25). Counsel also states that on September 2, 2020, he confirmed that the August 21 mailing was received by staff at FCI Gilmer and hand-delivered to petitioner on August 31, 2020. (Id.).

Accordingly, it is HEREBY ORDERED:

Petitioner shall have until <u>October 8, 2020</u>, to file a reply to the government's response to his amended Section 2255 motion. Absent further order of the Court, the amended Section 2255 motion will be considered fully submitted as of that date.

**The parties are reminded that all papers submitted in this matter must bear both the civil docket number and the criminal docket number and must be filed in both dockets.**

Chambers will mail a copy of this Order to petitioner at the address on the civil docket.

Dated: September 8, 2020
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge